**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-1881**

---

In re:  STACY ARTHANIEL THREATT,

　　　　　Petitioner.

---

On Petition for Writ of Mandamus to the United States District Court for the Western District of North Carolina, at Charlotte.  (3:06-cr-00417-FDW-DCK-1)

---

Submitted:  February 27, 2024　　　　　　　　　　　Decided:  February 29, 2024

---

Before WILKINSON, WYNN, and HARRIS, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Stacy Arthaniel Threatt, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stacy Arthaniel Threatt petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his motion for compassionate release. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court has denied the motion. Accordingly, because the district court has recently decided Threatt's case, we deny the mandamus petition as moot and deny Threatt's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*